UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAMIENA TRUMEL HEARD | CIVIL ACTION NO. 09-1591 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LARRY C. DEEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the Court is Plaintiff's "Motion for Issuance of an Restraining Order." See Record Document 4. The Court will construe the request as a motion for a temporary restraining order. To obtain the relief he seeks, Plaintiff would have to show (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury absent an injunction, (3) that the threatened injury would exceed any harm that would flow from the injunction, **and** (4) that the injunction would not undermine the public interest. See Walgreen Co. v. Hood, 275 F.3d 475, 477 (5th Cir. 2001). Plaintiff has made allegations relating to prongs two and three. Yet, he has failed to address prongs one and four – a substantial likelihood of success on the merits and that the injunction would not undermine the public interest. Thus, the Motion for Issuance of an Restraining Order is **DENIED.**

Plaintiff has not served the Defendants with the Complaint (Record Document 1) and/or the "Motion for Issuance of an Restraining Order" (Record Document 4) in accordance with the Federal Rules of Civil Procedure. Only after the Defendants have appeared will the Court take up further proceedings regarding the Plaintiff's Complaint and the "Motion for Issuance of an Restraining Order."

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 28th day of September, 2009.

                                                                            S. MAURICE HICKS, JR.
                                                  UNITED STATES DISTRICT JUDGE

                                                                            S. MAURICE HICKS, JR.
                                                  UNITED STATES DISTRICT JUDGE